UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HOME DESIGN SERVICES, )
    Plaintiff, )
v. ) CASE NO. 5:03CV347-06-10GRS
LAKE DIAMOND ASSOCIATES, LLC, )
SIGNATURE CONSTRUCTION OF )
OCALA, INC., ROBERT C. BREWSTER, )
RACHEL RANDOLPH, GEMSTONE BUILDERS, )
INC., ED IRVIN, SAVOY RETIREMENT )
COMMUNITIES, INC., MILES ANDERSON AND )
JACOB FRYDMAN )
    Defendants. )

## JOINT STIPULATION FOR ORDER OF DISMISSAL

THE PARTIES to this action stipulate to the voluntary dismissal of all claims with prejudice, with each party to bear its own attorneys fees and costs.

DATED this 2 day of February, 2006.

_____
Randy Fischer, Esquire
Fla. Bar No. 218456
BOEHM, BROWN, FISCHER
& HARWOOD, P.A.
P. O. Box 4140
Ocala, FL 34478
(352) 622-8160
FAX: (352) 732-8808
Attorney for Def. STATE FARM

/S/ _____
Jon D. Parrish, Esquire
Fla. Bar No. 984329
PARRISH, WHITE &
LAWHON, P.A.
3431 Pine Ridge Road Suite 101
Naples, Florida 34109
(239) 566-2013
FAX: 239/566-9561
Attorney for Plaintiffs

*Permission granted 1/30/6*

_____
Michael J. Cooper, Esquire
Fla. Bar No: 217956
321 NW Third Avenue
Ocala, FL 34475
352-732-4500
Attorney for Defendant: Miles Anderson

_____
Jacob Frydman, CEO
111 Fulton St, 4th Floor
New York, NY 10038
212/732-3900
FAX 212/732-0300
Pro Se Defendant

<table>
<tr><td>

Michael J. Cooper, Esquire  
Fla. Bar No: 217956  
321 NW Third Avenue  
Ocala, FL 34475  
352-732-4500  
Attorney for Defendant: Miles Anderson

</td><td>

*[signature]*  
Jacob Frydman, CEO  
111 Fulton St, 4th Floor  
New York, NY 10038  
212/732-3900  
FAX 212/732-0300  
Pro Se Defendant

</td></tr>
</table>